Per C. Olson, OSB #933863
HOEVET OLSON HOWES, PC
1000 SW Broadway, Suite 1740
Portland, Oregon  97205
Telephone:  (503) 228-0497
Facsimile:  (503) 228-7112
Email:  per@hoevetlaw.com

    Of Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FONG LEE,<br><br>    Defendant. | Case No.  3:17-CR-00463-JO<br><br>DEFENDANT'S CONSENT TO APPEAR BY VIDEOCONFERENCING OR BY TELEPHONE FOR FUTURE HEARINGS |

    Defendant, Fong Lee, having been advised of his right to be physically present in court for his change of plea hearing scheduled for May 28, 2020, at 3:00 p.m., and for sentencing, hereby waives his right to be physically present and consents to appear at these future hearings by telephone or by videoconferencing.

    DATED this 27th day of May, 2020.

                                                  *s/ Fong Lee*
                                                Fong Lee (signed by counsel with defendant's consent)

Page 1 – DEFENDANT'S CONSENT TO APPEAR BY VIDEOCONFERENCING OR BY TELEPHONE FOR FUTURE HEARINGS

HOEVET OLSON HOWES, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON  97205
(503) 228-0497